1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant HARRAH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-12-0639 MMC
                                    )
12              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE STATUS
13                                  )   HEARING
   v.                               )
14                                  )
                                    )
15 ANTHONY WAYNE HARRAH,            )
                                    )
16              Defendant.           )
   _____ )
17

18     The parties jointly request that, subject to the Court's approval, the status conference

19 presently set for December 12, 2012 be continued to January 23, 2013 at 2:15 pm.

20     At the last appearance, the Court set the above-captioned matter over until December 12,

21 2012 for further status. Defense counsel has since learned that she will be out of the office

22 starting December 12, 2012 to undergo surgery on her shoulder and will need additional time to

23 review discovery and effectively prepare Mr. Harrah's case given this medical leave.

24 Accordingly, the parties jointly request that the status conference be continued from December

25 12, 2012 to January 23, 2013.

26     For the above reasons, the parties stipulate there is good cause – taking into account the

1  public interest in the prompt disposition of this case – to exclude the time from December 12,
2  2012 to January 23, 2013 from computation under the Speedy Trial Act, and that failing to
3  exclude that time would unreasonably deny the defendant and his counsel the reasonable time
4  necessary for effective preparation and continuity of counsel, taking into account the exercise of
5  due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of
6  justice would be served by excluding the time from December 12, 2012 to January 23, 2013 from
7  computation under the Speedy Trial Act and that the need for the exclusion outweighs the best
8  interests of the public and the defendant in a speedy trial.
9       IT IS SO STIPULATED.

11  ____12/4/12_____        _____/s/_____
    DATED                             OWEN MARTIKAN
12                                    Assistant United States Attorney

14  ____12/4/12_____        _____/s/_____
    DATED                             JODI LINKER
                                      Assistant Federal Public Defender

17       IT IS SO ORDERED.

19   December 4, 2012                 [signature: Maxine M. Chesney]
    _____
    DATED                             MAXINE M. CHESNEY
20                                    United States District Judge

Stipulation & [Proposed] Order to Continue;
*U.S. v. Harrah*, Case No. 12-0639 MMC            2