MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SUSAN E. BADGER (CABN 124365)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    Susan.Badger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY WAYNE HARRAH, <br> a/k/a ANTHONY WAYNE BURKES, <br><br> Defendant. | No.: CR 12-0639 MMC <br><br> STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT <br> (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) |

    The parties in the above-captioned case were scheduled to appear before United States District Judge Maxine M. Chesney for a status hearing on March 12, 2014. The defendant, ANTHONY WAYNE HARRAH, a/k/a ANTHONY WAYNE BURKES, is represented by Assistant Federal Public Defender Jodi Linker; the United States is represented by Assistant United States Attorney Susan Badger. By this stipulation, the parties hereby move for a continuance of the status hearing from March 12, 2014 at 2:15 p.m. to March 19, 2014 at 2:15 p.m. The parties also stipulate to and request a finding of excludable time, under the provisions of the Speedy Trial Act, for the time between March 12, 2014, and March 19, 2014, in order to provide defense counsel reasonable time necessary for effective

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0639 MMC                                              1

preparation, taking into account the exercise of due diligence. This includes adequate time to review discovery, meet with her client, and engage in discussions with the government about possible resolution of the case. The parties stipulate that the ends of justice served by excluding the time between March 12, 2014 and March 19, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

                                                          MELINDA HAAG
                                                          United States Attorney

                                                          _____/s/_____
Date: March 14, 2014                SUSAN E. BADGER
                                                          Assistant United States Attorney

                                                          STEVEN KALAR
                                                          Federal Public Defender

                                                          _____/s/_____
Date: March 14, 2014                JODI LINKER
                                                          Assistant Federal Public Defender
                                                          Counsel for Anthony Wayne Harrah,
                                                          a/k/a Anthony Wayne Burkes

## [PROPOSED] ORDER

Based upon the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing in the above-captioned case is continued from March 12, 2014 at 2:15 p.m. to March 19, 2014 at 2:15 p.m.

In addition, based upon the stipulation and representations of counsel, and for good cause appearing, the Court finds that failing to exclude time between March 12, 2014 and March 19, 2014 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding the

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0639 MMC                                              2

1  time between March 12, 2014 and March 19, 2014 from computation under the Speedy Trial Act
2  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY
3  ORDERED that the time between March 12, 2014 and March 19, 2014 shall be excluded from
4  computation under the Speedy Trial Act.  18 U.S.C § 3161(h)(7)(A) and (B)(iv).

Date:   March 17, 2014

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0639 MMC                                            3