MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SUSAN E. BADGER (CABN 124365)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    Susan.Badger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 12-0639 MMC |
| Plaintiff, | STIPULATED MOTION TO CONTINUE STATUS HEARING AND FOR FINDING OF EXCLUDABLE TIME; [PROPOSED] ORDER |
| v. | |
| ANTHONY WAYNE HARRAH, a/k/a ANTHONY WAYNE BURKES, | |
| Defendant. | |

The parties in the above-captioned case last appeared before the Court on April 9, 2014 for status. The parties advised the Court that they were engaged in discussions relating to a plea agreement, but needed additional time within which to investigate some factual matters that would be relevant to sentencing. The parties requested a continuance of the matter to May 7, 2014 at 2:15 p.m. in order to provide adequate time to obtain and review the additional information. The Court granted the parties' motion and continued the case to May 7, 2014 at 2:15 p.m. for change of plea or setting of a trial date.

STIP. MOT. CONTINUE & [PROP.] ORDER
CR 12-0639 MMC

1  The parties also requested a finding of excludable time under the Speedy Trial Act, 18 U.S.C.
2  § 3161(h)(7)(A) and (B)(iv) in order to provide counsel for the defendant reasonable time for effective
3  preparation, taking into account the exercise of due diligence.  The Court granted the parties' request
4  and made a finding that the time between April 9, 2014 and May 7, 2014 was excluded from the time
5  requirements of the Speedy Trial Act.

6  By this motion, the parties are seeking an additional two-week continuance of the change of plea
7  / trial setting hearing to May 21, 2014 at 2:15 p.m.  The government has recently obtained the
8  information that was in progress the last time the parties appeared before the Court, but the reports
9  relating to that information have not yet been prepared and have not been provided to the defendant.  In
10  addition, the parties are continuing to negotiate the terms of a possible plea agreement.

11  In order to provide adequate time for defense counsel's effective preparation, taking into account
12  due diligence, the parties jointly request that the change of plea / trial setting hearing be continued to
13  May 21, 2014 at 2:15 p.m. and the Court make a finding that the time from May 7, 2014 to May 21,
14  2014 is excluded from the time requirements of the Speedy Trial Act pursuant to 18 U.S.C.
15  § 3161(h)(7)(A) and (B)(iv).

17  SO STIPULATED.                                        MELINDA HAAG
                                                         UNITED STATES ATTORNEY
18  DATED:  May 2, 2014

19                                                              /s/
                                                         SUSAN E. BADGER
20                                                       ASSISTANT U.S. ATTORNEY

22                                                       STEVEN KALAR
    DATED:  May 2, 2014                                  FEDERAL PUBLIC DEFENDER
23
24                                                              /s/
                                                         JODI LINKER
25                                                       ASSISTANT FEDERAL PUBLIC
                                                         DEFENDER
26                                                       Counsel for Anthony Wayne Harrah

28  STIP. MOT. CONTINUE & [PROP.] ORDER
    CR 12-0639 MMC
                                                    2

[PROPOSED] ORDER

Upon the stipulated motion of the parties and for good cause appearing, IT IS HEREBY ORDERED THAT the change of plea / trial setting hearing in the above-captioned case is continued from May 7, 2014 at 2:15 p.m. to May 21, 2014 at 2:15 p.m.  IT IS FURTHER ORDERED that the time from May 7, 2014 to May 21, 2014 is excluded from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:   May 2, 2014

_____
MAXINE M. CHESNEY
SENIOR UNITED STATES DISTRICT JUDGE

STIP. MOT. CONTINUE & [PROP.] ORDER
CR 12-0639 MMC