1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  SUSAN E. BADGER(CABN 124365)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7199
7        FAX: (415) 436-7234
         Susan.Badger@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        )  No.:  CR 12 0639 MMC
                                      )
15 |        Plaintiff,                )  GOVERNMENT'S MOTION TO FILE VICTIM
                                      )  IMPACT STATEMENTS UNDER SEAL;
       v.                             )  [PROPOSED] ORDER
16                                    )
   ANTHONY WAYNE HARRAH,              )
17 | a/k/a ANTHONY WAYNE BURKES,      )
                                      )
18 |        Defendant.                )
                                      )
19                                    )
                                      )
20

21         Sentencing in the above-captioned case is scheduled to take place before this Court on August

22  27, 2014 at 2:15 p.m.   The government will be filing its sentencing memorandum on August 20, 2014.

23  In connection with the child pornography offense to which the defendant has pled guilty, the

24  government has received victim impact statements and has provided copies of the statements to the

25  defendant and the U.S. Probation Officer.  In order to comply with the statutory rights of crime victims,

26  the government intends to file the statements and make them part of the record in this case.  In order to

27  protect the victims' right to privacy, the government requests leave to file the statements, which will be

28  MOT. TO SEAL & [PROP.] ORDER
    CR 12 0639 MMC
                                                      1

filed as Government's Exhibits in Support of Sentencing Memorandum, under seal.

DATED: August 19, 2014               Respectfully submitted.

                                              MELINDA HAAG
                                              United States Attorney

                                    _____/s/_____
                                              SUSAN E. BADGER
                                              Assistant United States Attorney

## [~~PROPOSED~~] ORDER

     Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file the Government's Exhibits in Support of Sentencing Memorandum in the above-captioned case under seal and maintain the documents under seal until further notice from this Court.

IT IS SO ORDERED.

DATED: August 21, 2014

                                              _____
                                              MAXINE M. CHESNEY
                                              SENIOR UNITED STATES DISTRICT JUDGE

MOT. TO SEAL & [PROP.] ORDER
CR 12 0639 MMC