1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant HARRAH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-12-0639 MMC
                                    )
12             Plaintiff,           )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO MODIFY BRIEFING
13                                  )   SCHEDULE AND CONTINUE HEARING
   v.                               )
14                                  )
                                    )
15 ANTHONY WAYNE HARRAH,            )
                                    )
16             Defendant.           )
   _____)
17

1   At the sentencing hearing in the above-captioned case on August 27, 2014, the Court
2   granted the government's request to continue the restitution portion of the hearing. The Court
3   ordered the government to file its brief on restitution by October 29, 2014 and the defendant to
4   file a response by November 12, 2014. The Court scheduled a hearing for November 19, 2014.
5   The government timely filed its brief on October 29, 2014. Defense counsel, however, requests
6   additional time to file a response. The government does not oppose that request.
7   Accordingly, the parties stipulate and request that the briefing schedule be modified to
8   provide that the defendant file a response to the restitution issue by December 3, 2014 and that
9   the hearing be continued to December 10, 2014 at 2:15 p.m.
10   IT IS SO STIPULATED.

12   November 7, 2014                    /s/
     DATED                               SUSAN BADGER
13                                       Assistant United States Attorney

15   November 7, 2014                    /s/
     DATED                               JODI LINKER
                                         Assistant Federal Public Defender

18   IT IS SO ORDERED.

20   November 10, 2014
     DATED                               MAXINE M. CHESNEY
21                                       United States District Judge

26   Stipulation & [Proposed] Order to Modify Briefing
     Schedule and Continue Hearing;
     *US v. Harrah*, Case No. 12-0639 MMC                  2